**Opinion issued October 19, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

## NO. 01-23-00702-CV

————————————

## IN RE MARY F. MASTERSON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Mary F. Masterson has filed a petition for writ of mandamus, requesting that we order the trial court to rule on a pending motion.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

---

[1] The underlying case is *Mary F. Masterson v. Open Pines Condominium Owners Association*, cause number 2015-38597, pending in the 152nd District Court of Harris County, the Honorable Robert Schaffer presiding.